IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 4:13CR29DPJ-FKB

3:14cr22

WILLIAM WAYNE GORDON, SR.
MILDRED GORDON
WILLIAM WAYNE GORDON, JR.
NELLIE MILLER
CAMERON GORDON
DENNIS MICHAEL GORDON
RICHARD MCKISSACK
CHRISTOPHER CRAWFORD

## AGREED ORDER OF CONTINUANCE

This cause having come before the Court on the agreed motions of the parties to continue this matter, and the Court having considered said motions, finds that for the following reasons said motions are well taken and are hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

Having duly considered the factors articulated in 18 U.S.C. §3161 to determine the appropriateness of a continuance, the Court finds that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) the failure to grant such a continuance would deny counsel for the defendants or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial in this cause and are best served by granting the requested continuance.

IT IS THEREFORE ORDERED that the trial of this case is continued until the term of

court beginning **August 5, 2014**, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161; that the non-dispositive motion deadline shall be continued until **July 7, 2014**; that the dispositive motion deadline shall be continued until **July 21, 2014**, and that the pretrial conference shall be set at 9 a.m., **July 24, 2014**.

SO ORDERED this the 23rd day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____
CARLA J. CLARK
Assistant U.S. Attorney

_____
J. SCOTT GILBERT
Assistant U.S. Attorney

AGREED:

_____
WILLIAM WAYNE GORDON, SR.
Defendant

_____
JOE HOLLOMON
Attorney for Defendant William Wayne Gordon, Sr.

AGREED:

*Mildred Gordon*
MILDRED GORDON
Defendant

*Charles W. Wright*
CHARLES WRIGHT
Attorney for Defendant Mildred Gordon

AGREED:

_signature_
WILLIAM WAYNE GORDON, JR.
Defendant

_signature_
BILL BARRETT
Attorney for Defendant William Wayne Gordon, Jr.

_signature_
PETER BARRETT
Attorney for Defendant William Wayne Gordon, Jr.

APR-11-2014 07:37 FROM:
6019485510

TO:16019485510    P.1/1
01:44:36 p.m.   04-10-2014   4/4

AGREED:

_____
NELLIE MILLER
Defendant

_____
S. DENNIS JOINER
Attorney for Defendant Nellie Miller

AGREED:

_____
CAMERON GORDON
Defendant

_____
DREW MARTIN
Attorney for Defendant Cameron Gordon

AGREED:

_____
DENNIS MICHAEL GORDON
Defendant

_____
WILLIAM READY
Attorney for Defendant Dennis Michael Gordon

4/21/2014
AGREED:

_____
RICHARD MCKISSACK
Defendant

_____
CLARENCE GUTHRIE
Attorney for Defendant Richard McKissack

AGREED:

_____
CHRISTOPHER CRAWFORD
Defendant

_____
ANDY SUMRALL
Attorney for Defendant Christopher Crawford