IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                            CRIMINAL NO. 3:14cr22DPJ-FKB

WILLIAM WAYNE GORDON, SR.
MILDRED GORDON
WILLIAM WAYNE GORDON, JR.
RICHARD McKISSACK
CHRISTOPHER CRAWFORD

**FINAL ORDER OF FORFEITURE**

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [Ct. Doc. No. 167]. Having reviewed the Government's unopposed motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on September 10, 2014, this Court entered Agreed Preliminary Orders of Forfeiture, ordering the defendants, **WILLIAM WAYNE GORDON, SR., MILDRED GORDON, and WILLIAM WAYNE GORDON, JR.**, to forfeit the following property**:**

**REAL PROPERTY**

**Parcel No. 3**: Located at 501 46th Avenue, Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

PARCEL I:
Beginning at the Southwest corner of Block 17 of Albert Chalk's Survey, City of Meridian, Lauderdale County, Mississippi; run thence North 65.4 feet; run thence East 157.5 feet; run thence South to Pacific Street; thence Westerly along the North edge to Pacific Street to the point of beginning;

PARCEL II:
Beginning at a point 87 feet West of the Northeast corner of Block 17 of Albert Chalk's Survey in the City of Meridian, Lauderdale County, Mississippi, as per map thereof recorded in Map Book 1 at Page 5 of the records in the office of the Chancery Clerk of Lauderdale County, and running thence West along the North line of said block a distance of 157.5 feet to the Northwest corner thereof, thence

South along the West line of said block a distance of 54 feet, thence East parallel to the North line of said block a distance of 157.5 feet; thence North to the point of beginning;

PARCEL III:
Beginning at the NE corner of Block 17 of and according to Albert Chalk's Survey of the City of Meridian, Lauderdale County, Mississippi, and run thence West along the Northern boundary of said block 87 feet, thence South parallel to the Western boundary of said block to the Southern boundary of said block, thence Northeasterly along the South boundary of said block to the point of intersection with 46th Avenue, thence North to the point of beginning; said property being 87 feet off of the East end of said Block 17 of and according to Albert Chalk's Survey of the City of Meridian, Lauderdale County, Mississippi, as per map thereof recorded in Map Book 1 at page 5 among the land records in the office of the Chancery Clerk of Lauderdale County, Mississippi.

**Parcel No. 7**: Located at 4657 Old Highway 19 SE, Meridian, Mississippi, Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

4a   Commence at a point 1200 feet East of the Northwest corner of the Southeast ¼ of Section 17, Township 5 North, Range 18 East, Lauderdale County, Mississippi, and run thence South 450 feet more or less to the Point of beginning; said point being on the West line of the Mrs. H. S. Sutter property at a point on the South right of way line of Miss. Highway #19; from said point of beginning run thence North 55 degrees West along the South right of way line of Miss. Highway #19 for 685 feet to a concrete right of way marker; thence South 76 degrees West 112.8 feet to a point on the North line of a public road; thence Southeasterly along the North line of said public road for 883 feet; thence North 180 feet to the point of beginning; the above described property being situated in the SE 1/4 of Section 17, Township 5 North, Range 18 East, Lauderdale County, Mississippi and contains 2.6 acres, more or less; **LESS AND EXCEPT** 0.5 acres conveyed to Harris by deed of record in Book 1539 ad Pate 430 among the Lauderdale County land records.

4b   One half (½) acre to be more fully described per survey; Commence at a point situated 1200 feet East and 450 feet South of the NW corner of the NW 1/4 of the SE 1/4, Section 17, Township 5, Range 18, Lauderdale County, Mississippi, and run North 55 degrees West for 235 feet to the point of beginning of lot to be conveyed. Thence continue North 55 degrees West for 150 feet; thence run South 35 degrees West for 150 feet to the Northerly right-of-way of Old Highway #19; thence in a Southeasterly direction along Highway for 150 feet; thence North 35 degrees East for 158 feet to the Point of Beginning.

**PROPERTY IN LIEU**

$150,000.00 in United States Currency in lieu of the forfeiture of the following property:

**Parcel No. 6**: Located at 1479 Highway 11 & 80 "E", Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

Commence at the Northeast corner of Section 1, T6N, R16E, Lauderdale County, Mississippi; thence run West 3221.93′; thence South 442.07′ to the point of beginning of the herein described parcel; thence from said point of beginning run North 80 degrees 31 minutes 32 seconds East 33.46′; thence North 76 degrees 21 minutes 40 seconds East 68.24′; thence North 75 degrees 47 minutes 45 seconds East 74.0′; thence North 73 degrees 29 minutes 04 seconds East 49.07′; thence South 7 degrees 42 minutes 38 seconds East 196.75′ to a point on the North right of way line of the A.G.S. Railroad; thence South 76 degrees 21 minutes 32 seconds West 224.54′ along the North right of way line of said railroad; thence North 7 degrees 42 minutes 38 seconds West 195.99′ to the point of beginning; said parcel contains 1.0 acre, more or less, being a part of the NE 1/4 of the NW 1/4 of Section 1, T6N, R16E, Lauderdale County, Mississippi,

and also an easement for ingress and egress, as follows:

Commence at the Northeast corner of Section 1, T6N, R16E, Lauderdale County, Mississippi; thence run West 3221.93′; thence South 442.07′; thence North 7 degrees 42 minutes 38 seconds West 15.01′ to the point of beginning of a 30′ wide access easement, said easement being 15′ right and 15′ left of a line running from said point of beginning North 80 degrees 31 minutes 32 seconds East 32.45′; thence North 76 degrees 21 minutes 40 seconds East 67.63′; thence North 75 degrees 47 minutes 45 seconds East 73.62′; thence North 73 degrees 29 minutes 04 seconds East 51.41′; thence North 70 degrees 36 minutes 46 seconds East 72.80′; thence North 65 degrees 10 minutes 38 seconds East 48.15′; thence North 58 degrees 40 minutes 44 seconds East 103.33′; thence North 54 degrees 22 minutes 22 seconds East 59.73′; thence North 52 degrees 28 minutes 53 seconds East 61.04′; thence North 52 degrees 13 minutes 40 seconds East 85.38′; thence North 54 degrees 17 minutes East 79.57′ ; thence North 59 degrees 13 minutes 10 seconds East 83.77′; thence North 64 degrees 05 minutes East 50.87′; thence North 71 degrees 06 minutes 23 seconds East 43.62′; thence North 79 degrees 12 minutes 40 seconds East 43.42′; thence North 84 degrees 35 minutes 53 seconds East 55.99′; thence North 86 degrees 27 minutes 27 seconds East 57.12′; thence North 85 degrees 03 minutes 13 seconds East 77.81′; thence North 88 degrees 58 minutes 16 seconds East 57.42′; thence South 78 degrees 18 minutes 47 seconds East 61.37′; thence South 73 degrees 22 minutes 10 seconds East 76.52′; thence South 64 degrees 11 minutes 16 seconds East 54.19′; thence South 64 degrees 11

minutes 16 seconds East 54.19′; thence South 53 degrees 36 minutes East 53.0′; thence South 43 degrees 16 minutes 47 seconds East 56.67′; thence South 35 degrees 57 minutes 26 seconds East 53.26′; thence South 25 degrees 59 minutes 20 seconds East 42.60′; thence South 15 degrees 41 minutes East 53.10′; thence South 12 degrees 49 minutes 16 seconds East 82.63′; thence South 13 degrees 42 minutes 18 seconds East 109.08′; thence South 16 degrees 10 minutes East 111.20′ to a point on the North right of way line of U.S. Highway No. 11 & 80, said point being the end of the herein described access easement; being a part of the NW 1/4 of the NE 1/4 and part of the NE 1/4 of the NW 1/4 of Section 1, T6N, R16E, and part of the SW 1/4 of the SE 1/4 of Section 36, T7N, R16E, Lauderdale County, Mississippi.

**Parcel No. 4**: Located at 1479 Highway 11 & 80, Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

Beginning at a point 987.08 feet South and 1381.55 feet East of the NW corner of the NW 1/4 of the NW 1/4 of Section 1, Township 6 North, Range 16 East, being a point on the North line of the AGS Railroad right of way and the East line of the Public Road, thence South 1 degree 10 minutes West 288.86 feet to the North line of U.S. Highways 11 & 80, thence Northeasterly along the North line of U.S. Highways 11 & 80 to center line of creek, thence in a Northwesterly direction along the center line of creek 825.0 feet, more or less, to the North line of AGS Railroad right of way, thence Southwesterly along the North line of AGS Railroad right of way 318.0 feet to the point of beginning, less and except a 100 foot right of way of AGS Railroad over and across the above described property, containing 3.25 acres, more or less, and being a part of the North 1/2 of the NW 1/4 of Section 1, Township 6 North, Range 16 East, Lauderdale County, Mississippi.

**AND ALSO:** Commencing at the NE corner of the NE 1/4 of the SW 1/4 of Section 36, Township 7 North, Range 16 East, thence South 0 degrees 03 minutes West 2532.3 feet to the point of beginning, thence South 0 degrees 03 minutes West 512.7 feet, thence West 1431.24 feet, thence North 1 degree 10 minutes East 683.9 feet, thence South 54 degrees 39 minutes East 564.9 feet, thence North 70 degrees 44 minutes East 300.05 feet, thence South 58 degrees 07 minutes East 98.95 feet, thence South 88 degrees 23 minutes East 300.66 feet, thence North 67 degrees 47 minutes East 310.7 feet to the point of beginning, containing 15.3 acres, more or less, and being a part of the North 1/2 of the NW 1/4 of Section 1, Township 6 North, Range 16 East, and a part of the South 1/2 of the SW 1/4 of Section 36, Township 7 North, Range 16 East, Lauderdale County, Mississippi,

**AND ALSO:** Beginning at the NE corner of the NE 1/4 of the SW 1/4 of Section 36, Township 7 North, Range 16 East, Lauderdale County, Mississippi, thence South 88 degrees 37 minutes East1410.65 feet, thence South 3154.0 feet to the North line of U.S. Highways 11 & 80, thence Southwesterly along the North line

of the aforesaid highway 1870.5 feet to the center line of the creek, thence in a Northwesterly direction along the center line of creek 825.0 feet, more or less, to the North line of the AGS Railroad right of way line, thence Southwesterly along the North line of AGS Railroad 318.0 feet to the East line of Public Road, thence North 1 degree 10 minutes East 578.1 feet, thence East 1431.24 feet, thence North 0 degrees 03 minutes East 3045.0 feet to the point of beginning, less and except a 100 foot right of way of AGS Railroad over and across the above described property, containing 121.0 acres, more or less, and being a part of the South 1/4 of Section 36, Township 7 North, Range 16 East, and a part of the NW 1/4 of NE 1/4 and a part of the NE 1/4 of NW 1/4 of Section 1, Township 6 North, Range 16 East, Lauderdale County, Mississippi,

**LESS AND EXCEPT:** That certain parcel conveyed to Paul E. Gilbert appearing of record in Deed Book 864 at page 188 among the land records in the office of the Chancery Clerk of Lauderdale County, Mississippi.

WHEREAS, on September 10, 2014, this Court also entered Agreed Preliminary Orders of Forfeiture, ordering the defendants, **WILLIAM WAYNE GORDON, SR., MILDRED GORDON, WILLIAM WAYNE GORDON, JR., RICHARD McKISSACK, and CHRISTOPHER CRAWFORD**, to forfeit the following property**:**

## PERSONAL PROPERTY

$7,383.19 in United States currency of the $9,844.25 in United States currency seized at 501 46th Avenue, Meridian, Mississippi (the remaining $2,461.06 in United States currency of the $9,844.25 in United States currency seized at 501 46th Avenue, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$16,294.50 in United States currency of the $21,726.00 in United States currency seized at 1479 Highway 11 & 80 "E", Meridian, Mississippi (the remaining $5,431.50 in United States currency of the $21,726.00 in United States currency seized at 1479 Highway 11 & 80 "E", Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$8,822.77 in United States currency of the $11,763.69 in United States currency seized at 1479 Highway 11 & 80 "B", Meridian, Mississippi (the remaining $2,940.92 in United States currency of the $11,763.69 in United States currency seized at 1479 Highway 11 & 80 "B", Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$11,178.26 in United States currency of the $14,904.35 in United States currency seized at 1479 Highway 11 & 80, Meridian, Mississippi (the remaining $3,726.09

in United States currency of the $14,904.35 in United States currency seized at 1479 Highway 11 & 80, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$2,121.65 in United States currency of the $2,828.86 in United States currency seized at 401 23rd Avenue, Meridian, Mississippi (the remaining $707.22 in United States currency of the $2,828.86 in United States currency seized at 401 23rd Avenue, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$5,012.25 in United States currency of the $6,683.00 in United States currency seized at 4657 Old Highway 19 SE, Meridian, Mississippi (the remaining $1,670.75 in United States currency of the $6,683.00 in United States currency seized at 4657 Old Highway 19 SE, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr); and

$40,045.50 in United States currency of the $53,394.00 in United States currency seized at 2105 9th Street, Meridian, Mississippi (the remaining $13,348.50 in United States currency of the $53,394.00 in United States currency seized at 2105 9th Street, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr).

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Orders, and further notifying all third parties of their right to petition the Court within (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of any alleged legal interest in the property; and

WHEREAS, there are no known potential claimants that require notice; and

WHEREAS, the only timely petition claiming an interest to property subject to forfeiture has been withdrawn and no other timely petition has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c);

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §2461(c):

## REAL PROPERTY

**Parcel No. 3**: Located at 501 46th Avenue, Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

PARCEL I:
Beginning at the Southwest corner of Block 17 of Albert Chalk's Survey, City of Meridian, Lauderdale County, Mississippi; run thence North 65.4 feet; run thence East 157.5 feet; run thence South to Pacific Street; thence Westerly along the North edge to Pacific Street to the point of beginning;

PARCEL II:
Beginning at a point 87 feet West of the Northeast corner of Block 17 of Albert Chalk's Survey in the City of Meridian, Lauderdale County, Mississippi, as per map thereof recorded in Map Book 1 at Page 5 of the records in the office of the Chancery Clerk of Lauderdale County, and running thence West along the North line of said block a distance of 157.5 feet to the Northwest corner thereof, thence South along the West line of said block a distance of 54 feet, thence East parallel to the North line of said block a distance of 157.5 feet; thence North to the point of beginning;

PARCEL III:
Beginning at the NE corner of Block 17 of and according to Albert Chalk's Survey of the City of Meridian, Lauderdale County, Mississippi, and run thence West along the Northern boundary of said block 87 feet, thence South parallel to the Western boundary of said block to the Southern boundary of said block, thence Northeasterly along the South boundary of said block to the point of intersection with 46th Avenue, thence North to the point of beginning; said property being 87 feet off of the East end of said Block 17 of and according to Albert Chalk's Survey of the City of Meridian, Lauderdale County, Mississippi, as per map thereof recorded in Map Book 1 at page 5 among the land records in the office of the Chancery Clerk of Lauderdale County, Mississippi.

**Parcel No. 7**: Located at 4657 Old Highway 19 SE, Meridian, Mississippi, Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

4a    Commence at a point 1200 feet East of the Northwest corner of the Southeast ¼ of Section 17, Township 5 North, Range 18 East, Lauderdale County, Mississippi, and run thence South 450 feet more or less to the

    Point of beginning; said point being on the West line of the Mrs. H. S. Sutter property at a point on the South right of way line of Miss. Highway #19; from said point of beginning run thence North 55 degrees West along the South right of way line of Miss. Highway #19 for 685 feet to a concrete right of way marker; thence South 76 degrees West 112.8 feet to a point on the North line of a public road; thence Southeasterly along the North line of said public road for 883 feet; thence North 180 feet to the point of beginning; the above described property being situated in the SE 1/4 of Section 17, Township 5 North, Range 18 East, Lauderdale County, Mississippi and contains 2.6 acres, more or less; **LESS AND EXCEPT** 0.5 acres conveyed to Harris by deed of record in Book 1539 ad Pate 430 among the Lauderdale County land records.

4b    One half (½) acre to be more fully described per survey; Commence at a point situated 1200 feet East and 450 feet South of the NW corner of the NW 1/4 of the SE 1/4, Section 17, Township 5, Range 18, Lauderdale County, Mississippi, and run North 55 degrees West for 235 feet to the point of beginning of lot to be conveyed. Thence continue North 55 degrees West for 150 feet; thence run South 35 degrees West for 150 feet to the Northerly right-of-way of Old Highway #19; thence in a Southeasterly direction along Highway for 150 feet; thence North 35 degrees East for 158 feet to the Point of Beginning.

## PROPERTY IN LIEU

$150,000.00 in United States Currency in lieu of the forfeiture of the following property:

**Parcel No. 6**: Located at 1479 Highway 11 & 80 "E", Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

Commence at the Northeast corner of Section 1, T6N, R16E, Lauderdale County, Mississippi; thence run West 3221.93′; thence South 442.07′ to the point of beginning of the herein described parcel; thence from said point of beginning run North 80 degrees 31 minutes 32 seconds East 33.46′; thence North 76 degrees 21 minutes 40 seconds East 68.24′; thence North 75 degrees 47 minutes 45 seconds East 74.0′; thence North 73 degrees 29 minutes 04 seconds East 49.07′; thence South 7 degrees 42 minutes 38 seconds East 196.75′ to a point on the North right of way line of the A.G.S. Railroad; thence South 76 degrees 21 minutes 32 seconds West 224.54′ along the North right of way line of said railroad; thence North 7 degrees 42 minutes 38 seconds West 195.99′ to the point of beginning; said parcel contains 1.0 acre, more or less, being a part of the NE 1/4 of the NW 1/4 of Section 1, T6N, R16E, Lauderdale County, Mississippi,

and also an easement for ingress and egress, as follows:

Commence at the Northeast corner of Section 1, T6N, R16E, Lauderdale County, Mississippi; thence run West 3221.93′; thence South 442.07′; thence North 7 degrees 42 minutes 38 seconds West 15.01′ to the point of beginning of a 30′ wide access easement, said easement being 15′ right and 15′ left of a line running from said point of beginning North 80 degrees 31 minutes 32 seconds East 32.45′; thence North 76 degrees 21 minutes 40 seconds East 67.63′; thence North 75 degrees 47 minutes 45 seconds East 73.62′; thence North 73 degrees 29 minutes 04 seconds East 51.41′; thence North 70 degrees 36 minutes 46 seconds East 72.80′; thence North 65 degrees 10 minutes 38 seconds East 48.15′; thence North 58 degrees 40 minutes 44 seconds East 103.33′; thence North 54 degrees 22 minutes 22 seconds East 59.73′; thence North 52 degrees 28 minutes 53 seconds East 61.04′; thence North 52 degrees 13 minutes 40 seconds East 85.38′; thence North 54 degrees 17 minutes East 79.57′ ; thence North 59 degrees 13 minutes 10 seconds East 83.77′; thence North 64 degrees 05 minutes East 50.87′; thence North 71 degrees 06 minutes 23 seconds East 43.62′; thence North 79 degrees 12 minutes 40 seconds East 43.42′; thence North 84 degrees 35 minutes 53 seconds East 55.99′; thence North 86 degrees 27 minutes 27 seconds East 57.12′; thence North 85 degrees 03 minutes 13 seconds East 77.81′; thence North 88 degrees 58 minutes 16 seconds East 57.42′; thence South 78 degrees 18 minutes 47 seconds East 61.37′; thence South 73 degrees 22 minutes 10 seconds East 76.52′; thence South 64 degrees 11 minutes 16 seconds East 54.19′; thence South 64 degrees 11 minutes 16 seconds East 54.19′; thence South 53 degrees 36 minutes East 53.0′; thence South 43 degrees 16 minutes 47 seconds East 56.67′; thence South 35 degrees 57 minutes 26 seconds East 53.26′; thence South 25 degrees 59 minutes 20 seconds East 42.60′; thence South 15 degrees 41 minutes East 53.10′; thence South 12 degrees 49 minutes 16 seconds East 82.63′; thence South 13 degrees 42 minutes 18 seconds East 109.08′; thence South 16 degrees 10 minutes East 111.20′ to a point on the North right of way line of U.S. Highway No. 11 & 80, said point being the end of the herein described access easement; being a part of the NW 1/4 of the NE 1/4 and part of the NE 1/4 of the NW 1/4 of Section 1, T6N, R16E, and part of the SW 1/4 of the SE 1/4 of Section 36, T7N, R16E, Lauderdale County, Mississippi.

**Parcel No. 4**: Located at 1479 Highway 11 & 80, Meridian, Mississippi, including all improvements thereon and appurtenances thereto, and described as follows:

Beginning at a point 987.08 feet South and 1381.55 feet East of the NW corner of the NW 1/4 of the NW 1/4 of Section 1, Township 6 North, Range 16 East, being a point on the North line of the AGS Railroad right of way and the East line of the Public Road, thence South 1 degree 10 minutes West 288.86 feet to the North line of U.S. Highways 11 & 80, thence Northeasterly along the North line of U.S. Highways 11 & 80 to center line of creek, thence in a Northwesterly direction along the center line of creek 825.0 feet, more or less, to the North line of AGS

Railroad right of way, thence Southwesterly along the North line of AGS Railroad right of way 318.0 feet to the point of beginning, less and except a 100 foot right of way of AGS Railroad over and across the above described property, containing 3.25 acres, more or less, and being a part of the North 1/2 of the NW 1/4 of Section 1, Township 6 North, Range 16 East, Lauderdale County, Mississippi.

**AND ALSO:** Commencing at the NE corner of the NE 1/4 of the SW 1/4 of Section 36, Township 7 North, Range 16 East, thence South 0 degrees 03 minutes West 2532.3 feet to the point of beginning, thence South 0 degrees 03 minutes West 512.7 feet, thence West 1431.24 feet, thence North 1 degree 10 minutes East 683.9 feet, thence South 54 degrees 39 minutes East 564.9 feet, thence North 70 degrees 44 minutes East 300.05 feet, thence South 58 degrees 07 minutes East 98.95 feet, thence South 88 degrees 23 minutes East 300.66 feet, thence North 67 degrees 47 minutes East 310.7 feet to the point of beginning, containing 15.3 acres, more or less, and being a part of the North 1/2 of the NW 1/4 of Section 1, Township 6 North, Range 16 East, and a part of the South 1/2 of the SW 1/4 of Section 36, Township 7 North, Range 16 East, Lauderdale County, Mississippi,

**AND ALSO:** Beginning at the NE corner of the NE 1/4 of the SW 1/4 of Section 36, Township 7 North, Range 16 East, Lauderdale County, Mississippi, thence South 88 degrees 37 minutes East 1410.65 feet, thence South 3154.0 feet to the North line of U.S. Highways 11 & 80, thence Southwesterly along the North line of the aforesaid highway 1870.5 feet to the center line of the creek, thence in a Northwesterly direction along the center line of creek 825.0 feet, more or less, to the North line of the AGS Railroad right of way line, thence Southwesterly along the North line of AGS Railroad 318.0 feet to the East line of Public Road, thence North 1 degree 10 minutes East 578.1 feet, thence East 1431.24 feet, thence North 0 degrees 03 minutes East 3045.0 feet to the point of beginning, less and except a 100 foot right of way of AGS Railroad over and across the above described property, containing 121.0 acres, more or less, and being a part of the South 1/4 of Section 36, Township 7 North, Range 16 East, and a part of the NW 1/4 of NE 1/4 and a part of the NE 1/4 of NW 1/4 of Section 1, Township 6 North, Range 16 East, Lauderdale County, Mississippi,

**LESS AND EXCEPT:** That certain parcel conveyed to Paul E. Gilbert appearing of record in Deed Book 864 at page 188 among the land records in the office of the Chancery Clerk of Lauderdale County, Mississippi.

## PERSONAL PROPERTY

$7,383.19 in United States currency of the $9,844.25 in United States currency seized at 501 46th Avenue, Meridian, Mississippi (the remaining $2,461.06 in United States currency of the $9,844.25 in United States currency seized at 501 46th Avenue, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$16,294.50 in United States currency of the $21,726.00 in United States currency seized at 1479 Highway 11 & 80 "E", Meridian, Mississippi (the remaining $5,431.50 in United States currency of the $21,726.00 in United States currency seized at 1479 Highway 11 & 80 "E", Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$8,822.77 in United States currency of the $11,763.69 in United States currency seized at 1479 Highway 11 & 80 "B", Meridian, Mississippi (the remaining $2,940.92 in United States currency of the $11,763.69 in United States currency seized at 1479 Highway 11 & 80 "B", Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$11,178.26 in United States currency of the $14,904.35 in United States currency seized at 1479 Highway 11 & 80, Meridian, Mississippi (the remaining $3,726.09 in United States currency of the $14,904.35 in United States currency seized at 1479 Highway 11 & 80, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$2,121.65 in United States currency of the $2,828.86 in United States currency seized at 401 23rd Avenue, Meridian, Mississippi (the remaining $707.22 in United States currency of the $2,828.86 in United States currency seized at 401 23rd Avenue, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr);

$5,012.25 in United States currency of the $6,683.00 in United States currency seized at 4657 Old Highway 19 SE, Meridian, Mississippi (the remaining $1,670.75 in United States currency of the $6,683.00 in United States currency seized at 4657 Old Highway 19 SE, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr); and

$40,045.50 in United States currency of the $53,394.00 in United States currency seized at 2105 9th Street, Meridian, Mississippi (the remaining $13,348.50 in United States currency of the $53,394.00 in United States currency seized at 2105 9th Street, Meridian, Mississippi shall be returned to Attorney Charles W. Wright, Jr).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 201524 August,2015

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE